UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2021
```

KARAN SINGH, and SEAN CAMPBELL,

    Plaintiffs,

-against-

RICHIE TORRES, MARGARET PRICE, #7250 SOTO, and #13633 ZAMBRANO,

    Defendants.

1:19-cv-00354 (MKV)

ORDER OF DISMISSAL

**MARY KAY VYSKOCIL, United States District Judge:**

  This action was filed in 2018 in the United States District Court for the Eastern District of New York. It was transferred to the Southern District of New York by order dated January 14, 2019, after Plaintiffs failed to respond to an order to show cause why it should not be transferred. Before the case was transferred, summonses were issued as to all Defendants. Since it was transferred, no action has taken place, no proof of service has been filed, and neither Plaintiff nor any Defendant has appeared in the action. Accordingly, this case is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(b). *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962)).

**SO ORDERED.**

**Date: October 7, 2021**
    **New York, NY**

                   _____
                   **MARY KAY VYSKOCIL**
                   **United States District Judge**